

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

In the eighteen (18) causes listed immediately hereunder the following was entered:

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed March 24, 2015, Misc. Docket No. 15-9054, it is ordered that these causes be transferred to the Seventh Court of Appeals at Amarillo, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said causes to the Clerk of the Seventh Court of Appeals.

| CASE NUMBER | STYLE OF CASE | COUNTY |
|---|---|---|
| 1. 2-15-078-CV | Hofer Builders, Inc. v. Fireman's Fund Insurance | Tarrant |
| 2. 2-15-082-CV | In the Interest of D.W. and K.W., Children | Tarrant |
| 3. 2-15-083-CV | Carol Pool v. James Pool | Parker |
| 4. 2-15-086-CV | Matthew Eugene Devin v. Vicki Dianne Devine | Tarrant |
| 5. 2-15-088-CV | Rebecca Martinez v. Rafael Perez | Tarrant |
| 6. 2-15-091-CV | Le Nguyen v. Elena Lopez | Tarrant |
| 7. 2-15-092-CV | Quinn Lundgren Eaker v. Discover Bank | Tarrant |
| 8. 2-15-096-CV | C.H. v. J.H. | Tarrant |
| 9. 2-15-097-CV | Clyde L. Herkert v. Julia Teresa Heckert | Tarrant |
| 10. 2-15-073-CR | Jerry Garza v. State of Texas | Wichita |
| 11. 2-15-077-CR | Isfrael Gonzalez v. State of Texas | Cooke |
| 12. 2-15-078-CR | John McKinney v. State of Texas | Tarrant |
| 13. 2-15-079-CR | Jacob Jordann Bright v. State of Texas | Tarrant |
| 14. 2-15-080-CR | Emery Dominique Emmitt v. State of Texas | Tarrant |
| 15. 2-15-081-CR | Jeremy David Lummus v. State of Texas | Tarrant |
| 16. 2-15-082-CR | Desimen Tiree Scott v. State of Texas | Tarrant |
| 17. 2-15-083-CR | Jestin Anthony Joseph v. State of Texas | Tarrant |
| 18. 2-15-084-CR | Marvin Taylor v. State of Texas | Denton |

I, DEBRA SPISAK, Clerk of the Second Court of Appeals at Fort Worth, Texas, hereby certify that the foregoing is a true copy of this Court's Order entered April 1, 2015, transferring the above eighteen (18) causes from this Court to Seventh Court of Appeals at Amarillo, Texas as it appears in Minute Book volume 80, page 575.

IN WITNESS WHEREOF, I hereby certify and affix the seal of the Second Court of Appeals at Fort Worth, Texas this 1st day of April, 2015.



DEBRA SPISAK, CLERK
SECOND COURT OF APPEALS
FORT WORTH, TEXAS

*Debra Spisak*